United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

**Cause Number:** 4:25-CR-399 (09)

**Style:** United States of America v. Ternawsky

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Casey MacDonald | United States of America |
| Kevin Acevedo-Carlson | Embeer Gutierrez Ternawsky |

Date: October 30, 2025   ERO: Yes

Time: 2:55 – 3:01 p.m.

HEARING
MINUTES AND ORDER

At the hearing the following rulings were made:

On October 30, 2025, the court conducted defendant's guilty plea and recommended that he be found guilty of Count Six of the Indictment, which charges him with conspiracy to possess with intent to distribute a controlled substance.

The court also heard argument on Defendant's Motion for Reconsideration of Detention, ECF No. 133. Because the defendant has pleaded guilty and the court has recommended that the plea be accepted, the court fully expects that Judge Rosenthal will find the defendant guilty. At that point, this case will be governed by 18 U.S.C. § 3143. Under that statute, with exceptions that do not apply here, a person found guilty of a violation of under Title 21, which carries a maximum sentence of ten years or more must be detained pending sentencing. 18 U.S.C. § 3143(a)(2). The motion is **DENIED.**

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge
